```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO
------------------------------------------
ELAINE L. CHAO, Secretary of Labor,    :
United States Department of Labor,
                                       :  Civil Action
             Plaintiff
                                       :  File No. 03-2045
             v.                                  (HL)
                                       :

SINDICATO DE EQUIPO PESADO DE PUERTO
RICO                                   :

             Defendant.                :
------------------------------------------
```

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, pursuant to Rules 7(b) and 56 of the Federal Rules of Civil Procedure, and §402(c) of the Labor-Management Reporting and Disclosure Act, 29 U.S.C. §402(c), hereby moves this Court for Summary Judgment, specifically for an order declaring defendant's election for the office of President to be null and void; directing the defendant to conduct a new election for the office of President under the supervision of the plaintiff, and such other relief as the Court shall deem proper. In accord with Local Rules 7.1(g) and 56, plaintiff relies upon the enclosed documents, which are adopted herein by reference, specifically her Motion for Summary Judgment, the Rule 56 Statement of Undisputed Material Facts and exhibits A through F

attached thereto and the Secretary's Memorandum of Law in Support.

DATED:    April 29, 2004
          New York, New York

          OF COUNSEL:

          HOWARD M. RADZELY              H.S. GARCIA
          Solicitor of Labor            United States Attorney

          PATRICIA M. RODENHAUSEN
          Regional Solicitor            s/Jose M. Pizarro
                                        JOSE M. PIZARRO #116905
                                        Assistant United States
                                        Attorney

BY:    _____
          JENNIFER MARCIANO             United States Attorney
          Attorney                      District of Puerto Rico
                                        Torre Chardon, Ste. 1201
                                        350 Carlos Chardon St.
          POST OFFICE ADDRESS:          Hato Rey, P.R. 00918
          U.S. Department of Labor      Tel.  (787) 766-5656
          Attorneys for Plaintiff
          Patricia M. Rodenhausen
          Regional Solicitor
          Office of the Solicitor, Region II
          201 Varick Street, Room 983
          New York, New York 10014
          Tel. (212) 337-2582