IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, Secretary of
Labor, United States Department
of Labor
    Plaintiff

      V.

SINDICATO DE EQUIPO PESADO DE
PUERTO RICO
    Defendant

CIVIL NO. 03-2045(HL)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to José Carreras-Rovira, Esq., and also by mail to his address at Midtown Building, Suite 207, 421 Muñoz Rivera Ave., Hato Rey, Puerto Rico 00918.

At San Juan, Puerto Rico, April 29, 2004.

H.S. GARCIA
United States Attorney

S\JOSE M. PIZARRO-ZAYAS
JOSE M. PIZARRO-ZAYAS
Assistant U.S. Attorney
U.S.D.C.-P.R. 116905
Torre Chardón, Suite 1201
350 Carlos Chardón St.
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax (787) 766-6219
E-mail jose.pizarro@usdoj.gov