# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor
 Plaintiff

v.

SINDICATO DE EQUIPO PESADO
DE PUERTO RICO
 Defendant

Civ. No. 03-2045 (HL)

## JUDGMENT

The Court, having issued and opinion and order on this date, enters judgment declaring the 2003 election for the office of President of Sindicato de Equipo Pesado de Puerto Rico null and void. An election shall be conducted under the supervision of the United States Department of Labor.

San Juan, Puerto Rico, July 13, 2004

S/ HECTOR M. LAFFITTE
U.S. District Judge